| | |
|---|---|
| 1 | **STUTZ ARTIANO SHINOFF & HOLTZ** |
| 2 | *A Professional Corporation*<br>Jeffery A. Morris, Esq. (SBN 137906) |
| 3 | jmorris@stutzartiano.com<br>43513 Ridge Park Drive |
| 4 | Temecula, California  92590<br>Telephone: (951) 676-6996 |
| 5 | Facsimile: (951) 676-7667 |
| 6 | Attorney for Defendant CITY OF MURRIETA |

**JS-6**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# (EASTERN DIVISION)

| | |
|---|---|
| FRANK LINDSAY, an individual, | Case No.: 5:14-cv-02085-JGB-SP |
| Plaintiff, | Judge:      Hon. Jesus G. Bernal<br>Dept.:       Courtroom 1 |
| v. | Magistrate: Sheri Pym |
| CITY OF MURRIETA, an incorporated California City, and DOES 1 through 10, inclusive, | **ORDER FOR DISMISSAL** |
| Defendants. | Action Date:   10/09/2014<br>Trial date:      None set |

## ORDER

The Court has reviewed the Stipulation set forth herein and the terms and conditions of the Settlement Agreement attached to this Order as Exhibit A and incorporated in this Order as if fully set forth in it.  Good cause appearing.

IT IS ORDERED that:

1. This matter is dismissed with prejudice;

/ / /

1

**ORDER FOR DISMISSAL**
**Case No. 5:14-cv-02085-JGB-SP**

{Stutz Law Temecula/4540/71/PL/T0057148.DOCX}

2. The dismissal is expressly conditioned on the terms and conditions of the Settlement Agreement attached to and incorporated in this Order;

3. The Court retains jurisdiction of this matter for the purpose of taking any action required to enforce the terms of the attached Settlement Agreement, which is a part of this Order; and

Defendant City of Murrieta shall pay the California Reform Sex Offender Laws the total sum of Five Thousand Dollars ($5,000) as and for attorneys' fees and litigation costs, as provided for in the Settlement Agreement.

Dated: February 13, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE